IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH ALLEN BUTLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,[1] Commissioner of Social Security,<br><br>　　　　　　Defendant. | 8:24-CV-444<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion to remand (filing 21) is granted.

2. The plaintiff's motion for an order reversing the commissioner's decision (filing 18) is denied as moot.

3. This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4. A separate judgment will be entered.

Dated this 14th day of May, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] Frank Bisignano is now the Commissioner of Social Security andS will be automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).