IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH ALLEN BUTLER, | |
| Plaintiff, | 8:24-CV-444 |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | ORDER |
| Defendant. | |

This matter is before the Court upon the plaintiff's motion for award of attorney fees pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 25), seeking an award of fees and expenses in the amount of $4,896.70, which represents 2.4 hours of work at a rate of $252 per hour and 16.7 hours of work at a rate of $257 per hour. Filing 25-1.

The Court has determined that the plaintiff was the prevailing party in this action, as the application for fees was filed in a timely fashion,[1] and the Commissioner's decision was remanded to the Commissioner for further proceedings because the administrative law judge made findings that were not supported by substantial evidence. *See Koss v. Sullivan,* 982 F.2d 1226 (8th Cir. 1993). Therefore, the plaintiff is entitled to an award of attorney fees.

---

[1] An Equal Access to Justice Act application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed no later than 30 days after the sentence four judgment has been entered and the appeal period has run such that the judgment is no longer appealable. *See Pottsmith v. Barnhart,* 306 F.3d 526, 527-28 (8th Cir. 2002); *see also Shalala v. Schaefer,* 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan,* 501 U.S. 89, 94-97 (1991).

- 2 -

IT IS ORDERED:

1. The plaintiff's Motion for Award of Attorney Fees Pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 25) is granted.

2. By separate document, the Court shall enter judgment for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees of $4,896.70.

Dated this 21st day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge